# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| United States of America<br>v.<br><br>George Norman, Christi Misocky, and Howard Anderson | Case No. 2:20-CR-180-RMG<br><br>**ORDER AND OPINION** |

This matter is before the Court upon the request to amend the restitution order so that the outstanding restitution obligation owed to Albright Liquor Store be ordered to be paid to Sounvun Long, the former owner of Albright Liqiour Store and who recently sold the business.

**IT IS THEREFORE ORDERED** that defendant's outstanding restitution obligation owed to Albright Liquor Store as set forth in the Judgments filed in this case (Dkt. Nos. 122, 130, 153) to be paid to Sounvun Long at 1808 Landry Lane, Rock Hill, South Carolina 29732.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

June 7, 2023
Charleston, South Carolina